# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard Alceves Arevalo Seijas

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00902-SRB-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Richard A.'s Petition for Writ of Habeas Corpus (Doc. #1) is GRANTED.
2. The Government is ORDERED immediately to return Richard A. to Minnesota if he has been transferred out of state, and immediately upon his return release him from detention with all of his items and belongings, including his phone, identification, documents, and money; and
3. The Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner has not been returned as ordered, Respondents should immediately notify the Court of when he will be returned and released.

Date: 2/4/2026

KATE M. FOGARTY, CLERK